**MEANSNO, 727-523OBJ, DELAY, APPEAL**

# U.S. Bankruptcy Court
## Western District of Arkansas (Fayetteville)
### Bankruptcy Petition #: 5:19-bk-72555

|  |  |
|---|---|
| *Assigned to:* Judge Ben T Barry | *Date filed:* 09/19/2019 |
| Chapter 7 | *341 meeting:* 10/21/2019 |
| Voluntary | *Deadline for filing claims:* 01/23/2020 |
| Asset | *Deadline for objecting to discharge:* 12/20/2019 |
|  | *Deadline for financial mgmt. course:* 12/20/2019 |

*Debtor*
**LaDonna Humphrey**
11580 Farrar Rd
Bentonville, AR 72712
BENTON-AR
SSN / ITIN: xxx-xx-0480
*aka* **LaDonna Meredith**
*dba* **Let's Bring Them Home**
*dba* **Little Red Boutique**

represented by **Stanley V Bond**
Bond Law Office
P.O. Box 1893
Fayetteville, AR 72701-1893
(479) 444-0255
Fax : (479) 235-2827
Email: attybond@me.com

**Emily J. Henson**
Bond Law Office
PO Box 1893
Fayetteville, AR 72701-1893
(479) 444-0255
Fax : (479) 235-2827
Email: emily.henson@me.com

*Trustee*
**Bianca Rucker**
Chapter 7 Panel Trustee
1 East Center Street
Suite 215
Fayetteville, AR 72701
479-445-6340

represented by **Bianca Rucker**
RUCKER LAW PLLC
One East Center St.
Suite 215
Fayetteville, AR 72701
479-445-6340
Fax : 479-689-07335
Email: ruckerlaw@outlook.com

*U.S. Trustee*
**U.S. Trustee (ust)**
Office Of U. S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR 72201
501.324.7357

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
|  |  |  |

| | | |
|---|---|---|
| 09/19/2019 | 1 (9 pgs) | Chapter 7 Voluntary Petition. Fee Amount $335 Filed by LaDonna Humphrey. (Bond, Stanley) (Entered: 09/19/2019) |
| 09/19/2019 | 2 (1 pg) | Credit Counseling Certificate Filed by Stanley V Bond on behalf of Debtor LaDonna Humphrey (Bond, Stanley) (Entered: 09/19/2019) |
| 09/19/2019 | 3 | RECEIPT of Voluntary Petition (Chapter 7)(5:19-bk-72555) [misc,volp7a] ( 335.00) Filing Fee. receipt number 7297801, amount $ 335.00. (U.S. Treasury) (Entered: 09/19/2019) |
| 09/19/2019 | 4 (3 pgs; 2 docs) | Meeting of Creditors with 341(a) meeting to be held on 10/21/2019 at 09:00 AM at Fayetteville First Meeting Room. Objections to Discharge due by 12/20/2019. (Bond, Stanley) (Entered: 09/19/2019) |
| 09/19/2019 | 5 (2 pgs; 2 docs) | Order of Deficiency Summary of Assets and Liabilities due 10/3/2019. Schedules-Documents due 10/3/2019. Statement of Financial Affairs due 10/3/2019. Statement of Intention due 10/21/2019. Statement of Current Monthly Income Ch 7 Due: 10/3/2019. (Wilkins, Tanya) (Entered: 09/19/2019) |
| 09/20/2019 | 6 | Request by PRA Receivables Management, LLC Designating Mailing Address for Notices pursuant to Bankruptcy Rule 2002(g)(1), requesting service of copies of all future notices at the address specified in the process of filing this Request Filed by (Smith, Valerie) (Entered: 09/20/2019) |
| 09/21/2019 | 7 (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors (RE: related document(s) 4 Meeting of Creditors with 341(a) meeting to be held on 10/21/2019 at 09:00 AM at Fayetteville First Meeting Room. Objections to Discharge due by 12/20/2019.) No. of Notices: 11. Notice Date 09/21/2019. (Admin.) (Entered: 09/21/2019) |
| | 8 (2 pgs) | BNC Certificate of Mailing(RE: related document(s) 5 Order of Deficiency Summary of Assets and Liabilities due 10/3/2019. Schedules-Documents due 10/3/2019. Statement of Financial Affairs due 10/3/2019. Statement of Intention due 10/21/2019. Statement of Current Monthly Income Ch 7 Due: 10/3/2019.) No. of Notices: 1. Notice Date |

| Date | Doc | Description |
|---|---|---|
| 09/21/2019 | | 09/21/2019. (Admin.) (Entered: 09/21/2019) |
| 10/03/2019 | 9 (2 pgs) | Motion to Extend Deadline to File Schedules or Provide Required Information Filed by Stanley V Bond on behalf of LaDonna Humphrey (Bond, Stanley) (Entered: 10/03/2019) |
| 10/03/2019 | 10 (7 pgs) | Application to Employ Attorney for Trustee Filed by Trustee (Rucker, Bianca) (Entered: 10/03/2019) |
| 10/04/2019 | 11 (2 pgs; 2 docs) | **Order Granting Application To Approve Employment Of Attorney. (Related Doc # 10) Entered on Docket 10/4/2019 (Wilkins, Tanya)** (Entered: 10/04/2019) |
| 10/06/2019 | 12 (2 pgs) | BNC Certificate of Mailing(RE: related document (s) 11 **Order Granting Application To Approve Employment Of Attorney. (Related Doc 10) Entered on Docket 10/4/2019 (Wilkins, Tanya)** ) No. of Notices: 1. Notice Date 10/06/2019. (Admin.) (Entered: 10/06/2019) |
| 10/07/2019 | 13 (2 pgs; 2 docs) | **Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information (Related Doc # 9) Schedules-Documents due 10/14/2019. Summary of Assets and Liabilities due 10/14/2019. Statement of Financial Affairs due 10/14/2019. Statement of Current Monthly Income Ch 7 Due: 10/14/2019. Entered on Docket 10/7/2019 (Mansfield, MaryBeth)** (Entered: 10/07/2019) |
| 10/09/2019 | 14 (2 pgs) | BNC Certificate of Mailing(RE: related document (s) 13 **Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information (Related Doc 9) Schedules-Documents due 10/14/2019. Summary of Assets and Liabilities due 10/14/2019. Statement of Financial Affairs due 10/14/2019. Statement of Current Monthly Income Ch 7 Due: 10/14/2019. Entered on Docket 10/7/2019 (Mansfield, MaryBeth)** ) No. of Notices: 1. Notice Date 10/09/2019. (Admin.) (Entered: 10/09/2019) |
| | 15 (50 pgs) | Schedules Filed: Summary of Assets and Liabilities, Sch A/B, Sch C, Sch D, Sch E/F, Sch G, Sch H, Sch I, Sch J, Declaration About Individual Debtor Schedules, Stmt of Financial |

| | | |
|---|---|---|
| 10/14/2019 | | Affairs, Stmt of Intention, Official Form 122A-1, Disclosure of Compensation for Attorney, ~~Certification~~ Verification of Creditor Matrix [Fee Due Yes] Filed by Stanley V Bond on behalf of Debtor LaDonna Humphrey (Bond, Stanley) Modified on 10/15/2019 (Wilkins, Tanya). Modified on 10/15/2019 (Wilkins, Tanya). (Entered: 10/14/2019) |
| 10/16/2019 | 16 | RECEIPT of Schedules Filed(5:19-bk-72555) [misc,schdfld] ( 31.00) Filing Fee. receipt number 7325604, amount $ 31.00. (U.S. Treasury) (Entered: 10/16/2019) |
| 10/16/2019 | 17 (1 pg) | Personal Financial Management Course Certificate for Debtor(Bhatt, Jai) (Entered: 10/16/2019) |
| 10/17/2019 | 18 (7 pgs) | Amended Schedules/Statements Filed:Voluntary Petition, [Fee Due No] Filed by Stanley V Bond on behalf of Debtor LaDonna Humphrey (Bond, Stanley) (Entered: 10/17/2019) |
| 10/17/2019 | 19 (3 pgs; 2 docs) | AMENDED Meeting of Creditors 341(a) meeting to be held on 10/21/2019 at 09:00 AM at Fayetteville First Meeting Room. Financial Management Certificate Due:12/20/2019. Last day to oppose discharge or dischargeability is 12/20/2019. (Wilkins, Tanya) (Entered: 10/17/2019) |
| 10/17/2019 | 20 (15 pgs) | Amended Schedules/Statements Filed: Sch A/B, Sch C, Stmt of Financial Affairs, [Fee Due No] Filed by Stanley V Bond on behalf of Debtor LaDonna Humphrey (Bond, Stanley) (Entered: 10/17/2019) |
| 10/19/2019 | 21 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors (RE: related document(s) 19 AMENDED Meeting of Creditors 341(a) meeting to be held on 10/21/2019 at 09:00 AM at Fayetteville First Meeting Room. Financial Management Certificate Due:12/20/2019. Last day to oppose discharge or dischargeability is 12/20/2019.) No. of Notices: 16. Notice Date 10/19/2019. (Admin.) (Entered: 10/19/2019) |
| | 22 (10 pgs) | Amended Schedules/Statements Filed: Sch A/B, Sch C, Sch H, [Fee Due No] Filed by Stanley V |

| | | |
|---|---|---|
| 10/22/2019 | | Bond on behalf of Debtor LaDonna Humphrey (Bond, Stanley) (Entered: 10/22/2019) |
| 10/22/2019 | 23 (5 pgs) | Application to Employ Special Counsel Filed by Bianca Rucker on behalf of Bianca Rucker (Rucker, Bianca) (Entered: 10/22/2019) |
| 10/22/2019 | 24 (89 pgs; 7 docs) | Motion for Relief from Stay *and Motion to Annul the Automatic Stay(If Necessary)for Judgment, or Alternatively Motion to Declare Judgment Valid.* Fee Amount $181 Filed by Charles T. Coleman on behalf of Absolute Pediatric Services, Inc. d/b/a Absolute Pediatric Therapy and Anthony Christopher (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) (Coleman, Charles) (Entered: 10/22/2019) |
| 10/22/2019 | 25 | RECEIPT of Motion for Relief From Stay(5:19-bk-72555) [motion,mrlfsty] ( 181.00) Filing Fee. receipt number 7332183, amount $ 181.00. (U.S. Treasury) (Entered: 10/22/2019) |
| 10/22/2019 | 26 (17 pgs) | Brief and/or Memorandum of Law *and Brief in Support of Motion to Annul the Automatic Stay(If Necessary)for Judgment, or Alternatively Motion to Declare Judgment Valid* (RE: related document(s) 24 Motion for Relief From Stay filed by Creditor Absolute Pediatric Services, Inc. d/b/a Absolute Pediatric Therapy and Anthony Christopher) filed by Charles T. Coleman Creditor Absolute Pediatric Services, Inc. d/b/a Absolute Pediatric Therapy and Anthony Christopher. (Coleman, Charles) (Entered: 10/22/2019) |
| 10/23/2019 | 27 | Initial Report: Meeting of Creditors Held and Request For Issuance of Notice of Assets: As Trustee in this Case, I REQUEST A NOTICE OF ASSETS Be Issued by the Court Establishing a Claims Bar Date for the Filing of Claims. **Debtor present, meeting held & concluded.**. (Rucker, Bianca) (Entered: 10/23/2019) |
| 10/23/2019 | 28 (2 pgs; 2 docs) | Notice of Assets and Deadline to File Proof of Claim Proofs of Claims due by 1/23/2020. (Wilkins, Tanya) (Entered: 10/23/2019) |
| | 29 | Hearing SCHEDULED(RE: related document(s) |

| | | |
|---|---|---|
| 10/24/2019 | (2 pgs; 2 docs) | 24 Motion for Relief from Stay *and Motion to Annul the Automatic Stay(If Necessary)for Judgment, or Alternatively Motion to Declare Judgment Valid*. Fee Amount $181 Filed by Charles T. Coleman on behalf of Absolute Pediatric Services, Inc. d/b/a Absolute Pediatric Therapy and Anthony Christopher (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) filed by Creditor Absolute Pediatric Services, Inc.) Hearing scheduled for 12/4/2019 at 09:00 AM at Fayetteville Division. (Carter, Angie) (Entered: 10/24/2019) |
| 10/25/2019 | 30 (20 pgs) | Amended Schedules/Statements Filed: Sch A/B, Sch C, Sch D, Sch E/F, [Fee Due Yes] Filed by Stanley V Bond on behalf of Debtor LaDonna Humphrey (Bond, Stanley) (Entered: 10/25/2019) |
| 10/25/2019 | 31 | RECEIPT of Amended Schedules, Statements, Petition Page or Creditors(5:19-bk-72555) [misc,amdsc] ( 31.00) Filing Fee. receipt number 7335591, amount $ 31.00. (U.S. Treasury) (Entered: 10/25/2019) |
| 10/25/2019 | 32 (3 pgs) | BNC Certificate of Mailing(RE: related document(s) 28 Notice of Assets and Deadline to File Proof of Claim Proofs of Claims due by 1/23/2020.) No. of Notices: 16. Notice Date 10/25/2019. (Admin.) (Entered: 10/25/2019) |
| 10/26/2019 | 33 (3 pgs) | BNC Certificate of Mailing - Hearing(RE: related document(s) 29 Hearing SCHEDULED(RE: related document(s) 24 Motion for Relief from Stay *and Motion to Annul the Automatic Stay(If Necessary)for Judgment, or Alternatively Motion to Declare Judgment Valid*. Fee Amount $181 Filed by Charles T. Coleman on behalf of Absolute Pediatric Services, Inc. d/b/a Absolute Pediatric Therapy and Anthony Christopher (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) filed by Creditor Absolute Pediatric Services, Inc.) Hearing scheduled for 12/4/2019 at 09:00 AM at Fayetteville Division.) No. of Notices: 17. Notice Date 10/26/2019. (Admin.) (Entered: 10/26/2019) |
| | 34 | Amended Application to Employ Special Counsel |

| | | |
|---|---|---|
| 10/29/2019 | (5 pgs) | Filed by Bianca Rucker on behalf of Bianca Rucker (Rucker, Bianca) (Entered: 10/29/2019) |
| 10/30/2019 | 35 (2 pgs; 2 docs) | **Order Granting Amended Application to approve Employment of Attorney. (Related Doc # 34) Entered on Docket 10/30/2019 (Wilkins, Tanya)** (Entered: 10/30/2019) |
| 11/01/2019 | 36 (2 pgs) | Notice of Appearance and Request for Notice filed by Glenn Scott Ritter Creditor Absolute Pediatric Services, Inc.. (Ritter, Glenn) (Entered: 11/01/2019) |
| 11/01/2019 | 37 (2 pgs) | BNC Certificate of Mailing(RE: related document(s) 35 **Order Granting Amended Application to approve Employment of Attorney. (Related Doc 34) Entered on Docket 10/30/2019 (Wilkins, Tanya)** ) No. of Notices: 1. Notice Date 11/01/2019. (Admin.) (Entered: 11/01/2019) |
| 11/11/2019 | 38 (2 pgs) | Response to (RE: related document(s)24 Motion for Relief from Stay *and Motion to Annul the Automatic Stay(If Necessary)for Judgment, or Alternatively Motion to Declare Judgment Valid. Fee Amount $181* Filed by Charles T. Coleman on behalf of Absolute Pediatric Services, Inc. d/b/a Absolute Pediatric Therapy and Anthony Christopher (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) filed by Creditor Absolute Pediatric Services, Inc.) Filed by Stanley V Bond on behalf of Debtor LaDonna Humphrey (Bond, Stanley) (Entered: 11/11/2019) |
| | 39 | Court Calendar Update(RE: related document(s) 38 Response to (RE: related document(s)24 Motion for Relief from Stay *and Motion to Annul the Automatic Stay(If Necessary)for Judgment, or Alternatively Motion to Declare Judgment Valid. Fee Amount $181* Filed by Charles T. Coleman on behalf of Absolute Pediatric Services, Inc. d/b/a Absolute Pediatric Therapy and Anthony Christopher (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) filed by Creditor Absolute Pediatric Services, Inc.) Filed by Stanley V Bond on behalf of Debtor LaDonna Humphrey) Hearing scheduled for 12/4/2019 at 09:00 AM at Fayetteville Division. |

| | | |
|---|---|---|
| 11/12/2019 | | (Carter, Angie) (Entered: 11/12/2019) |
| 12/02/2019 | 40 (2 pgs) | Objection to (RE: related document(s)24 Motion for Relief from Stay *and Motion to Annul the Automatic Stay(If Necessary)for Judgment, or Alternatively Motion to Declare Judgment Valid. Fee Amount $181* Filed by Charles T. Coleman on behalf of Absolute Pediatric Services, Inc. d/b/a Absolute Pediatric Therapy and Anthony Christopher (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) filed by Creditor Absolute Pediatric Services, Inc.) Filed by Bianca Rucker on behalf of Trustee Bianca Rucker (Rucker, Bianca) (Entered: 12/02/2019) |
| 12/02/2019 | 41 (86 pgs; 12 docs) | Adversary case 5:19-ap-07067. **Complaint *FOR RELIEF FROM VIOLATIONS OF THE AUTOMATIC STAY AND FOR SANCTIONS* by LaDonna Humphrey against Xollie Duncan. Fee Amount (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 AP Cover Sheet) Nature of Suit: (71 (Injunctive relief - reinstatement of stay)) (72 (Injunctive relief - other)) ~~(91 (Declaratory judgment))~~** (Bond, Stanley) Modified on 12/3/2019 (Wilkins, Tanya). (Entered: 12/02/2019) |
| 12/03/2019 | 42 | Court Calendar Update(RE: related document(s) 40 Objection to (RE: related document(s)24 Motion for Relief from Stay *and Motion to Annul the Automatic Stay(If Necessary)for Judgment, or Alternatively Motion to Declare Judgment Valid. Fee Amount $181* Filed by Charles T. Coleman on behalf of Absolute Pediatric Services, Inc. d/b/a Absolute Pediatric Therapy and Anthony Christopher (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) filed by Creditor Absolute Pediatric Services, Inc.) Filed by Bianca Rucker on behalf of Trustee Bianca Rucker) Hearing scheduled for 12/4/2019 at 09:00 AM at Fayetteville Division. (Carter, Angie) (Entered: 12/03/2019) |
| | 43 (2 pgs) | Motion to Continue Hearing (related documents(s) 29 Hearing (Document) Sched/Cont/Resched, 39 Court Calendar Update, 42 Court Calendar Update) |

| | | |
|---|---|---|
| 12/03/2019 | | Filed by Stanley V Bond on behalf of LaDonna Humphrey (Bond, Stanley) (Entered: 12/03/2019) |
| 12/03/2019 | 44 (2 pgs; 2 docs) | Hearing SCHEDULED(RE: related document(s) 43 Motion to Continue Hearing (related documents(s)29 Hearing (Document) Sched/Cont/Resched, 39 Court Calendar Update, 42 Court Calendar Update) Filed by Stanley V Bond on behalf of LaDonna Humphrey) Hearing scheduled for 12/4/2019 at 09:00 AM at Fayetteville Division. (Carter, Angie) (Entered: 12/03/2019) |
| 12/03/2019 | 45 (2 pgs) | Notice of Appearance and Request for Notice Filed by William Eric Berger Creditor Absolute Pediatric Services, Inc. (Berger, William) (Entered: 12/03/2019) |
| 12/04/2019 | 46 (6 pgs; 2 docs) | Motion to Sell *and Notice of Opportunity to Object and Overbid* Filed by Bianca Rucker on behalf of Bianca Rucker (Attachments: # 1 Exhibit Mailing Matrix) (Rucker, Bianca) (Entered: 12/04/2019) |
| 12/04/2019 | 47 | Hearing Held (RE: Motion for Relief From Stay - related document(s) 24) (Granted; Order by Ritter) (Carter, Angie) (Entered: 12/04/2019) |
| 12/04/2019 | 48 | Hearing Held (RE: Response - related document(s) 38) (Carter, Angie) (Entered: 12/04/2019) |
| 12/04/2019 | 49 | Hearing Held (RE: Objection - related document(s) 40) (Carter, Angie) (Entered: 12/04/2019) |
| 12/04/2019 | 50 | Hearing Held (RE: Motion to Continue/Reschedule Hearing - related document(s) 43) (Denied;) (Carter, Angie) (Entered: 12/04/2019) |
| 12/05/2019 | 51 (3 pgs) | BNC Certificate of Mailing - Hearing(RE: related document(s) 44 Hearing SCHEDULED(RE: related document(s) 43 Motion to Continue Hearing (related documents(s)29 Hearing (Document) Sched/Cont/Resched, 39 Court Calendar Update, 42 Court Calendar Update) Filed by Stanley V Bond on behalf of LaDonna Humphrey) Hearing scheduled for 12/4/2019 at 09:00 AM at Fayetteville Division.) No. of Notices: 17. Notice Date 12/05/2019. (Admin.) (Entered: 12/05/2019) |
| | | |

| | | |
|---|---|---|
| 12/09/2019 | 52 (5 pgs; 2 docs) | **Order Denying Motion To Continue/Reschedule Hearing ~~On~~ (Related Doc 43) (related documents Motion for Relief from Stay *and Motion to Annul the Automatic Stay(If Necessary)for Judgment, or Alternatively Motion to Declare Judgment Valid*. Fee Amount $181), Granting Motion For Relief From Stay (Related Doc 24) Entered on Docket 12/9/2019 (Wilkins, Tanya)** Modified on 12/9/2019 (Wilkins, Tanya). (Entered: 12/09/2019) |
| 12/11/2019 | 53 (5 pgs) | BNC Certificate of Mailing(RE: related document(s) 52 **Order Denying Motion To Continue/Reschedule Hearing ~~On~~ (Related Doc 43) (related documents Motion for Relief from Stay *and Motion to Annul the Automatic Stay(If Necessary)for Judgment, or Alternatively Motion to Declare Judgment Valid*. Fee Amount $181), Granting Motion For Relief From Stay (Related Doc 24) Entered on Docket 12/9/2019 (Wilkins, Tanya)** Modified on 12/9/2019 .) No. of Notices: 1. Notice Date 12/11/2019. (Admin.) (Entered: 12/11/2019) |
| 12/12/2019 | 54 (70 pgs; 6 docs) | Adversary case 5:19-ap-07070. **Complaint *to Determine Dischargeability of Debt* by Absolute Pediatric Services, Inc., Anthony Christopher against LaDonna Humphrey. Fee Amount (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) Nature of Suit: (68 (Dischargeability - 523(a)(6), willful and malicious injury))** (Ritter, Glenn) (Entered: 12/12/2019) |
| 12/19/2019 | 55 (2 pgs) | Motion to Extend Time *in Which to File a Complaint Pursuant to 11 U.S.C. § 727, and Delay Entry of Discharge* (Sherman, Shari) (Entered: 12/19/2019) |
| 12/20/2019 | 56 (2 pgs) | Motion to Extend Time To Object to Discharge Filed by Trustee (Rucker, Bianca) (Entered: 12/20/2019) |
| | 57 (2 pgs; 2 docs) | Hearing SCHEDULED(RE: related document(s) 55 Motion to Extend Time *in Which to File a Complaint Pursuant to 11 U.S.C. § 727, and Delay Entry of Discharge* ) Hearing scheduled for 2/12/2020 at 09:00 AM at Fayetteville Division. |

| Date | Doc # | Description |
|---|---|---|
| 12/23/2019 | | (Williams, Lisa) (Entered: 12/23/2019) |
| 12/25/2019 | 58 (10 pgs) | Amended Schedules/Statements Filed: Sch A/B, Sch C, [Fee Due No] Filed by Stanley V Bond on behalf of Debtor LaDonna Humphrey (Bond, Stanley) (Entered: 12/25/2019) |
| 12/25/2019 | 59 (2 pgs) | Response to *Motion to Sell* (RE: related document(s)46 Motion to Sell *and Notice of Opportunity to Object and Overbid* Filed by Bianca Rucker on behalf of Bianca Rucker (Attachments: # 1 Exhibit Mailing Matrix) filed by Trustee Bianca Rucker, 58 Amended Schedules/Statements Filed: Sch A/B, Sch C, [Fee Due No] Filed by Stanley V Bond on behalf of Debtor LaDonna Humphrey filed by Debtor LaDonna Humphrey) Filed by Emily J. Henson on behalf of Debtor LaDonna Humphrey (Henson, Emily) (Entered: 12/25/2019) |
| 12/25/2019 | 60 (3 pgs) | BNC Certificate of Mailing - Hearing(RE: related document(s) 57 Hearing SCHEDULED(RE: related document(s) 55 Motion to Extend Time *in Which to File a Complaint Pursuant to 11 U.S.C. § 727, and Delay Entry of Discharge* ) Hearing scheduled for 2/12/2020 at 09:00 AM at Fayetteville Division.) No. of Notices: 18. Notice Date 12/25/2019. (Admin.) (Entered: 12/25/2019) |
| 12/26/2019 | 61 (2 pgs; 2 docs) | Hearing SCHEDULED(RE: related document(s) 46 Motion to Sell *and Notice of Opportunity to Object and Overbid* Filed by Bianca Rucker on behalf of Bianca Rucker (Attachments: # 1 Exhibit Mailing Matrix), 59 Response to *Motion to Sell* (RE: related document(s)46 Motion to Sell *and Notice of Opportunity to Object and Overbid* Filed by Bianca Rucker on behalf of Bianca Rucker (Attachments: # 1 Exhibit Mailing Matrix) filed by Trustee Bianca Rucker, 58 Amended Schedules/Statements Filed: Sch A/B, Sch C, [Fee Due No] Filed by Stanley V Bond on behalf of Debtor LaDonna Humphrey filed by Debtor LaDonna Humphrey) Filed by Emily J. Henson on behalf of Debtor LaDonna Humphrey) Hearing scheduled for 2/12/2020 at 09:00 AM at Fayetteville Division. (Williams, Lisa) (Entered: 12/26/2019) |
| | 62 | Hearing SCHEDULED(RE: related document(s) |

| Date | Doc | Description |
|---|---|---|
| 12/26/2019 | (2 pgs; 2 docs) | 56 Motion to Extend Time To Object to Discharge Filed by Trustee) Hearing scheduled for 2/12/2020 at 09:00 AM at Fayetteville Division. (Williams, Lisa) (Entered: 12/26/2019) |
| 12/28/2019 | 63 (2 pgs) | BNC Certificate of Mailing - Hearing(RE: related document(s) 61 Hearing SCHEDULED(RE: related document(s) 46 Motion to Sell *and Notice of Opportunity to Object and Overbid* Filed by Bianca Rucker on behalf of Bianca Rucker (Attachments: # 1 Exhibit Mailing Matrix), 59 Response to *Motion to Sell* (RE: related document(s)46 Motion to Sell *and Notice of Opportunity to Object and Overbid* Filed by Bianca Rucker on behalf of Bianca Rucker (Attachments: # 1 Exhibit Mailing Matrix) filed by Trustee Bianca Rucker, 58 Amended Schedules/Statements Filed: Sch A/B, Sch C, [Fee Due No] Filed by Stanley V Bond on behalf of Debtor LaDonna Humphrey filed by Debtor LaDonna Humphrey) Filed by Emily J. Henson on behalf of Debtor LaDonna Humphrey) Hearing scheduled for 2/12/2020 at 09:00 AM at Fayetteville Division.) No. of Notices: 1. Notice Date 12/28/2019. (Admin.) (Entered: 12/28/2019) |
| 12/28/2019 | 64 (2 pgs) | BNC Certificate of Mailing - Hearing(RE: related document(s) 62 Hearing SCHEDULED(RE: related document(s) 56 Motion to Extend Time To Object to Discharge Filed by Trustee) Hearing scheduled for 2/12/2020 at 09:00 AM at Fayetteville Division.) No. of Notices: 1. Notice Date 12/28/2019. (Admin.) (Entered: 12/28/2019) |
| 01/07/2020 | 65 | Adversary Case 5:19-ap-7067 Closed. (Wilkins, Tanya) (Entered: 01/07/2020) |
| 02/10/2020 | 66 (3 pgs; 2 docs) | **Consent Order Granting Motion to Extend time in which to file a Complaint Pursuant to 11 U.S.C. Section 727 and delay entry of Discharge. (Related Doc # 55) Entered on Docket 2/10/2020 (Wilkins, Tanya)** (Entered: 02/10/2020) |
| 02/11/2020 | 67 (2 pgs; 2 docs) | **Agreed Order Granting Motion to Extend Time to Object to Discharge (Related Doc # 56) Entered on Docket 2/11/2020 (Wilkins, Tanya)** (Entered: 02/11/2020) |
| | 68 | BNC Certificate of Mailing(RE: related document |

| Date | Doc # | Description |
|---|---|---|
| 02/12/2020 | (4 pgs) | (s) 66 **Consent Order Granting Motion to Extend time in which to file a Complaint Pursuant to 11 U.S.C. Section 727 and delay entry of Discharge. (Related Doc 55) Entered on Docket 2/10/2020 (Wilkins, Tanya)** ) No. of Notices: 19. Notice Date 02/12/2020. (Admin.) (Entered: 02/12/2020) |
| 02/13/2020 | 69 | Hearing Held (RE: Motion to Sell - related document(s) 46) (GRANTED; ORDER BY RUCKER)(Carter, Angie) (Entered: 02/13/2020) |
| 02/13/2020 | 70 | Hearing Held (RE: Response - related document(s) 59) (Carter, Angie) (Entered: 02/13/2020) |
| 02/13/2020 | 71 (3 pgs) | BNC Certificate of Mailing(RE: related document(s) 67 **Agreed Order Granting Motion to Extend Time to Object to Discharge (Related Doc 56) Entered on Docket 2/11/2020 (Wilkins, Tanya)** ) No. of Notices: 19. Notice Date 02/13/2020. (Admin.) (Entered: 02/13/2020) |
| 02/14/2020 | 72 (3 pgs; 2 docs) | **Order Granting Motion For Approval Of Sale. (Related Doc # 46) Entered on Docket 2/14/2020 (Wilkins, Tanya)** (Entered: 02/14/2020) |
| 02/16/2020 | 73 (4 pgs) | BNC Certificate of Mailing(RE: related document(s) 72 **Order Granting Motion For Approval Of Sale. (Related Doc 46) Entered on Docket 2/14/2020 (Wilkins, Tanya)** ) No. of Notices: 19. Notice Date 02/16/2020. (Admin.) (Entered: 02/16/2020) |
| 02/28/2020 | 74 (2 pgs) | Notice of Appeal and Statement of Election to District Court . Fee Amount $298 Filed by Debtor LaDonna Humphrey (RE: related document(s) 72 Order on Motion To Sell) Appellant Designation due by 3/13/2020. (Stanley, Lori) (Entered: 02/28/2020) |
| 02/28/2020 | 75 | Initial Transmittal of Notice of Appeal/Motion for Leave to Appeal to District Court Filed by Debtor LaDonna Humphrey (RE: related document(s) 74 Notice of Appeal and Statement of Election filed by Debtor LaDonna Humphrey) (Stanley, Lori) (Entered: 03/02/2020) |
| | 76 | Receipt of Appeal Filing Fee - $298.00 by LS. |

| | | |
|---|---|---|
| 03/02/2020 | | Receipt Number 90064100. (admin) (Entered: 03/02/2020) |
| 03/13/2020 | [77](#)<br>(2 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal with Statement of Issues Filed by Debtor LaDonna Humphrey (RE: related document(s) [74](#) Notice of Appeal and Statement of Election filed by Debtor LaDonna Humphrey) Appellee designation due by 3/27/2020. Transmission of Designation Due by 4/13/2020. (Bell, Allison) (Entered: 03/13/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/18/2020 11:53:28 | | | |
| **PACER Login:** | arwdpacer:2541774:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:19-bk-72555 Fil or Ent: filed From: 1/1/1980 To: 3/18/2020 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |