# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

In Re:

**LaDONNA HUMPHREY**　　　　　　　　　　Case No. 5:19-bk-72555
**Debtor**　　　　　　　　　　　　　　　　　　　　Ch. 7

## MOTION FOR APPROVAL OF SALE PURSUANT TO 11 U.S.C. § 363 AND NOTICE OF OPPORTUNITY TO OBJECT AND OVERBID

Bianca Rucker, the duly-appointed and acting Trustee for the above-captioned estate ("Trustee"), by and through her attorney, for her Motion for Approval of Sale Pursuant to 11 U.S.C. § 363, and Notice of Opportunity to Object and Overbid ("Motion"), respectfully states:

　　　　1.　　On September 19, 2019, the Debtors filed a voluntary, Chapter 7 bankruptcy proceeding, and Bianca Rucker was appointed Trustee.

　　　　2.　　The Debtors' 341(a) meeting was held and concluded on October 21, 2019.

　　　　3.　　The Trustee has received an offer to buy certain claims and causes of action that are property of the bankruptcy estate in this case: Absolute Pediatric Services, Inc. d/b/a Absolute Pediatric Services ("Absolute") has offered to pay to Bianca Rucker, Bankruptcy Trustee for the LaDonna Humphrey for the benefit of the bankruptcy estate, a total of twelve thousand five hundred dollars (**$12,500.00**) ("Purchase Price"), to be paid within fourteen (14) days of an entry of an order approving this Motion, for the purchase and assignment to them of all claims and potential claims that LaDonna Humphrey may have that are part of the estate, except as stated herein. Such claims include but are not limited to:

1. Any and all claims including appeals, and specifically Ms. Humphrey's counterclaim of fraud, whistleblower, and violations of the False Claims Act of 31 USC 3730, arising out of or related to the facts and claims in the state court lawsuit, *Absolute Pediatric Services, Inc. d/b/a Absolute Pediatric Therapy and Anthony Christopher v. LaDonna Humphrey, Individually*, in the Circuit Court of Benton County, Arkansas, Case No: 04CV-18-2961; and
2. Any and all claims including claims asserted or unasserted for slander, false light, defamation, tortious interference with business expectancies, and/or any other intentional tort or related claims against Kenneth Medlin, Anthony Christopher, Absolute, Joe Rocko, Wanda Easch, Felicia Ramos, Linnea Heintz, Heather Johnson, and others as the situation evolves.

("Proposed Offer"). The Proposed Offer does not include the sale of any avoidance,

1

transfer, or preference actions and such causes of action are not a part of this proposed sale. The Proposed Offer does not include the alleged malpractice action listed on the Amended Schedules at Dkt. No. 30, Question No. 34.

4. The Proposed Offer is the highest and otherwise best offer received to date.

5. Subject to a higher overbid made according to the procedures set out below, the Trustee believes such sale and assignment for the Purchase Price is in the best interests of the bankruptcy estate including for the following reasons:

  a) A $0.00 exemption has been claimed in these assets and none shall be paid;
  b) A sale and assignment avoids the actual costs and risks of litigation for the estate; and,
  c) it is anticipated such Purchase Price will enable the Trustee to make a distribution to unsecured creditors.

6. Further, 11 U.S.C. § 363 allows a bankruptcy trustee to sell such assets for the benefit of the bankruptcy estate.

7. For these reasons, the Trustee requests that the Court approve this Proposed Offer, or that the Court approve the sale to the highest or otherwise best overbidder if submitted in a subsequent proposed order, and that she be authorized to execute any documents reasonably necessary to transfer or assign such causes of action after Court approval.

## NOTICE OF OPPORTUNITY TO OBJECT

NOTICE is hereby given to all creditors and parties in interest of the terms and provisions of the above-stated Motion; any creditor or party who desires to object to said Motion should file a written objection with the Court (United States Bankruptcy Court Clerk, 35 E. Mountain, Room 316, Fayetteville, Arkansas 72701) and serve a copy upon the Trustee within **21 days** from the Date of this Notice stated below.

Objections and other responses, if any, will be set for hearing by subsequent notice by the Court, at the U.S. Bankruptcy Courtroom, 35 E. Mountain Street, Fayetteville, Arkansas. If no objections or responses are filed, all creditors and parties-in-interest will be deemed to have consented to the Motion, and the Trustee will submit a proposed order to the Court granting the Motion, which the Court may enter without further Notice.

**DATE OF THIS NOTICE: December 4, 2019**

## NOTICE OF OPPORTUNITY TO OVERBID

Any party wishing to submit a QUALIFIED overbid, a party must, on or before **December 23, 2019**:

1. Transmit a written offer on the same or better terms in the Trustee's sole opinion for the minimum overbid price of **$13,500.00** to Bianca Rucker, Trustee, at ruckerlaw@outlook.com.

2. Deposit "earnest money" in the amount of $2,000.00 made payable to Bianca Rucker, Bankruptcy Trustee for LaDonna Humphrey, which amount shall be forfeitable to the estate if the overbidder is the successful buyer at auction and fails to close for any reason (other than the Trustee cannot obtain Court approval based on other parties' objections).

3. Prior to the auction, provide proof sufficient to the Trustee in her sole opinion of the overbidder's ability to close.

If the Trustee, in her sole opinion, determines an overbid received during this time is Qualified, the Trustee, or her authorized agent, will conduct an auction by telephone on **Monday, December 30, 2019, at 1:00 pm, central time**, in minimum bidding increments of $1000.00, between the Proposed Buyer and any Qualified Overbidders.

At the conclusion of the auction, the Trustee will name the successful bidder, who shall within fourteen (14) days tender to the Trustee the overbid amount, to be placed in the Trustee's estate account and held pending Court approval of the sale and closing. Also at the conclusion of the auction, the Trustee will submit a proposed order to the Court approving the sale to the offeror herein if there are no qualified overbids, or to the successful bidder at auction.

WHEREFORE, the Trustee respectfully requests that the Court grant the Motion pursuant to 11 U.S.C. § 363, approve the sale and assignment of the subject assets referenced herein to the proposed buyer, or to the successful overbidder at auction, and for all other relief to which she is entitled.

Respectfully submitted,

*/s/ Bianca Rucker*
Bianca Rucker (2006310)
RUCKER LAW PLLC
One East Center St., Ste. 215
Fayetteville, Arkansas 72701
(479) 445-6340
(479) 689-7335 (fax)
ruckerlaw@outlook.com
*Counsel for Trustee*

3

## CERTIFICATE OF SERVICE

  I certify that on December 4, 2019, the foregoing Motion was filed with the Clerk of the Court via the CM/ECF filing system which will generate a Notice of Electronic Filing of the above pleading to all registered CM/ECF Filing Users in the above-captioned case, including the debtor's counsel and the U.S. Trustee, and that also on August 29, 2019, a copy was sent by regular, first-class, U.S. Mail to the parties on the debtor's creditor matrix filed with the original of this Motion.

             */s/ Bianca Rucker*
             Bianca Rucker

```
Label Matrix for local noticing          ADF&A                                    Absolute Pediatric Services
0861-5                                   Legal Counsel Room 2380                  Wright Lindsey & Jennings
Case 5:19-bk-72555                       PO Box 3493                              3333 Pinnacle Hills Pkwy
Western District of Arkansas             Little Rock, AR 72203-3493               Ste 510
Fayetteville                                                                      Rogers, AR 72758-8498
Tue Dec  3 09:07:23 CST 2019

Anthony Christopher                      Bank of America                          Stanley V Bond
c/o Wright Lindsey Jennings              4909 Savarese Circle                     Bond Law Office
3333 Pinnacle Hills Pkwy                 Fl1-908-01-50                            P.O. Box 1893
Ste 510                                  Tampa, FL 33634-2413                     Fayetteville, AR 72702-1893
Rogers, AR 72758-8498

Capital One                              Capital One Bank (USA), N.A.             Charles T. Coleman
Attn: Bankruptcy                         4515 N Santa Fe Ave                      WRIGHT, LINDSEY & JENNINGS LLP
Po Box 30285                             Oklahoma City, OK 73118-7901             200 W. Capitol Ave., Ste. 2200
Salt Lake City, UT 84130-0285                                                     Little Rock, AR 72201-3627

Collection Service, Inc.                 Denny Humphrey                           Employment Security Division
Attn: Bankruptcy                         11580 Farrar Rd                          Legal Division
Po Box 7545                              Bentonville, AR 72713-4842               PO Box 2981
Little Rock, AR 72217-7545                                                        Little Rock, AR 72203-2981

LaDonna Humphrey                         IRS                                      Ken Bertley DDS
11580 Farrar Rd                          PO Box 7346                              5417 W Pinnacle Point, Ste 200
Bentonville, AR 72713-4842               Philadelphia, PA 19101-7346              Rogers, AR 72758-8120

Med Data Systems                         Miramed Revenue Group                    National Recoveries
Attn: Bankruptcy Dept                    Attn: Bankruptcy                         2020 S. Oneida Street Suite 20
2001 9th Ave Ste 312                     360 East 22nd Street                     Denver, CO 80224-2447
Vero Beach, FL 32960-6413                Lombard, IL 60148-4924

National Recoveries Inc.                 Northwest Arkansas Pathology             PRA Receivables Management, LLC
PO Box 120666                            390 E Longview Street                    PO Box 41021
Saint Paul, MN 55112-0022                Fayetteville, AR 72703-4618              Norfolk, VA 23541-1021

PayPal                                   Pennymac Loan Services                   Professional Credit Management, Inc.
2211 N First St                          Correspondence Unit/Bankruptcy           Po Box 4037
San Jose, CA 95131-2021                  Po Box 514387                            500 West Washington Ave
                                         Los Angeles, CA 90051-4387               Jonesboro, AR 72401-2780

Glenn Scott Ritter                       Bianca Rucker                            Bianca Rucker
Wright, Lindsey & Jennings, LLP          Chapter 7 Panel Trustee                  RUCKER LAW PLLC
3333 Pinnacle Hills Pkwy, Suite 510      1 East Center Street                     One East Center St.
Rogers, AR 72758-8498                    Suite 215                                Suite 215
                                         Fayetteville, AR 72701-5394              Fayetteville, AR 72701-5394

Thomas D Stockland                       Stockland & Trantham                     U.S. Department of Education
Stockland & Trantham                     PO Box 1723                              Ecmc/Bankruptcy
157 E. Colt Drive                        Fayetteville, AR 72702-1723              Po Box 16408
Suite 1                                                                           Saint Paul, MN 55116-0408
Fayetteville, AR 72703-2897
```

| | | |
|---|---|---|
| U.S. Trustee (ust) | US Attorney Eastern District | US Attorney Western District |
| Office Of U. S. Trustee | PO Box 1229 | 414 Parker Ave. |
| 200 W Capitol, Ste. 1200 | Little Rock, AR 72203-1229 | Fort Smith, AR 72901-1902 |
| Little Rock, AR 72201-3618 | | |

World's Foremost Bank
Attn: Bankruptcy
4800 Nw 1st St
Lincoln, NE 68521-4463

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Absolute Pediatric Services, Inc.

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34