# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

In Re:

LaDONNA HUMPHREY                                 Case No. 5:19-bk-72555
Debtor                                                           Ch. 7

## ORDER GRANTING MOTION FOR APPROVAL OF SALE

On December 4, 2019, Bianca Rucker, the duly-appointed Trustee for the above-captions case (Trustee"), by and through her counsel, filed a Motion for approval of Sale Pursuant to 11 U.S.C. § 363 and Notice of Opportunity to Object and Overbid ("Motion")(**Dkt. No. 46**).

The Motion sought authority to sell to Absolute Pediatric Services, Inc. d/b/a Absolute Pediatric Services ("Absolute") for a lump sum payment of $12,500.00:

1. Any and all claims including appeals arising out of or related to the state court lawsuit, *Absolute Pediatric Services, Inc. d/b/a Absolute Pediatric Therapy and Anthony Christopher v. LaDonna Humphrey, Individually*, pending in the Circuit Court of Benton County, Arkansas, Case No: 04CV-18-2961; and
2. Any and all claims including claims asserted or unasserted for slander, false light, and/or related claims against Kenneth Medlin, Anthony Christopher, Joe Rocko, Wanda Easch, Felicia Ramos, Linnea Heintz, Heather Johnson, and others as the situation evolves,

("Proposed Offer"). The Proposed Offer does not include the sale of any avoidance, transfer, or preference actions and such causes of action are not a part of this proposed sale. The Proposed Offer does not include the alleged malpractice action listed on the Amended Schedules at Dkt. No. 30, Question No. 34. The Motion stated that $0 in exemptions had been claimed in the lawsuit and that no exemption would be paid.

A Response to Motion for Approval of Sale Pursuant to 11 U.S.C. § 363 and Notice of Opportunity to Object and Overbid was filed by the Debtor on January 25, 2019 ("Response") and a hearing was held on February 12, 2020.

At the hearing, Stanley V. Bond, Bond Law Office, appeared for the Debtor; Bianca Rucker, Rucker Law PLLC, appeared for the Trustee; and Glenn Ritter, Wright, Lindsey & Jennings, LLP appeared for the proposed buyer, Absolute. The Court received testimony and other evidence into the record. For the reasons stated at the conclusion of the February 12 hearing, which findings of facts and conclusions of law are incorporated herein pursuant to Federal Rule of Bankruptcy Procedure 7052, the Court granted the Motion.

Based on a review of the Motion and Notice, the Response and Notice, the hearing, and the Court's docket, the Motion is **GRANTED** in full, the Proposed Sale to Absolute Pediatric Services for $12,500.00 is **APPROVED** and payment shall be made

with fourteen (14) days of the entry of this Order to the Trustee for the benefit of the bankruptcy estate and from which no exemptions shall be paid.

**IT IS SO ORDERED.**

*Ben Barry*

Ben Barry
United States Bankruptcy Judge
Dated: 02/14/2020

PROPOSED ORDER PREPARED BY:

/s/ Bianca Rucker
Bianca Rucker
Rucker Law PLLC
*Counsel for Bianca Rucker, Trustee*

2

# Notice Recipients

District/Off: 0861−5     User: tanya     Date Created: 2/14/2020
Case: 5:19−bk−72555     Form ID: pdf08Ac     Total: 37

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov |
| tr | Bianca Rucker | ruckerlaw@outlook.com |
| aty | Bianca Rucker | ruckerlaw@outlook.com |
| aty | Charles T. Coleman | ccoleman@wlj.com |
| aty | Emily J. Henson | emily.henson@me.com |
| aty | Glenn Scott Ritter | gritter@wlj.com |
| aty | Stanley V Bond | attybond@me.com |
| aty | William Eric Berger | eberger@wlj.com |

                                                                                                                              TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | LaDonna Humphrey | 11580 Farrar Rd    Bentonville, AR 72712 |
| sp | Thomas D Stockland | Stockland & Trantham    157 E. Colt Drive    Suite 1    Fayetteville, AR 72703 |
| 5052795 | ADF&A | Legal Counsel Room 2380    PO Box 3493    Little Rock, AR 72203−3493 |
| 5052794 | Absolute Pediatric Services | Wright Lindsey & Jennings    3333 Pinnacle Hills Pkwy    Ste 510    Rogers, AR 72758 |
| 5083324 | Absolute Pediatric Services, Inc. and Christopher | Wright, Lindsey & Jennings LLP    3333 Pinnacle Hills Pkwy, Ste 510    Rogers, AR 72758 |
| 5052796 | Anthony Christopher | c/o Wright Lindsey Jennings    3333 Pinnacle Hills Pkwy    Ste 510    Rogers, AR 72758 |
| 5052797 | Bank of America | 4909 Savarese Circle    Fl1−908−01−50    Tampa, FL 33634 |
| 5052798 | Capital One | Attn: Bankruptcy    Po Box 30285    Salt Lake City, UT 84130 |
| 5065486 | Capital One Bank (USA), N.A. | 4515 N Santa Fe Ave    Oklahoma City, OK 73118 |
| 5052799 | Collection Service, Inc. | Attn: Bankruptcy    Po Box 7545    Little Rock, AR 72217 |
| 5060113 | Denny Humphrey | 11580 Farrar Rd    Bentonville, AR 72712 |
| 5052800 | Employment Security Division | Legal Division    PO Box 2981    Little Rock, AR 72203 |
| 5052801 | IRS | PO Box 7346    Philadelphia, PA 19101−7346 |
| 5060114 | Ken Bertley DDS | 5417 W Pinnacle Point, Ste 200    Rogers, AR 72756 |
| 5052802 | Med Data Systems | Attn: Bankruptcy Dept    2001 9th Ave Ste 312    Vero Beach, FL 32960 |
| 5052803 | Miramed Revenue Group | Attn: Bankruptcy    360 East 22nd Street    Lombard, IL 60148 |
| 5060115 | National Recoveries | 2020 S. Oneida Street Suite 20    Denver, CO 80224−2444 |
| 5060116 | National Recoveries Inc. | PO Box 120666    Saint Paul, MN 55112 |
| 5060117 | Northwest Arkansas Pathology | 390 E Longview Street    Fayetteville, AR 72703−4618 |
| 5053336 | PRA Receivables Management, LLC | PO Box 41021    Norfolk, VA 23541 |
| 5076698 | PROBESSIONAL CREDIT MANAGEMENT | PO BOX 4037    JONESBORO AR 72403    JONESBORO, AR 72403 |
| 5060118 | PayPal | 2211 N First St    San Jose, CA 95131 |
| 5052804 | Pennymac Loan Services | Correspondence Unit/Bankruptcy    Po Box 514387    Los Angeles, CA 90051 |
| 5052805 | Professional Credit Management, Inc. | Po Box 4037    500 West Washington Ave    Jonesboro, AR 72403 |
| 5060119 | Stockland & Trantham | PO Box 1723    Fayetteville, AR 72702−1723 |
| 5052806 | U.S. Department of Education | Ecmc/Bankruptcy    Po Box 16408    Saint Paul, MN 55116 |
| 5052807 | US Attorney Eastern District | PO Box 1229    Little Rock, AR 72203 |
| 5052808 | US Attorney Western District | 414 Parker Ave.    Fort Smith, AR 72901−1902 |
| 5052809 | World's Foremost Bank | Attn: Bankruptcy    4800 Nw 1st St    Lincoln, NE 68521 |

                                                                                                                              TOTAL: 29