UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

FAYETTEVILLE DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 0 1 2020

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN RE: LADONNA HUMPHREY, DEBTOR

DISTRICT COURT NUMBER:  5:20-cv-05048-PKH

BANKRUPTCY COURT NUMBER: 5:19-bk-72555

### RESPONSE TO MOTION TO DISMISS

LaDonna Humphrey for her response to the motion to dismiss states the following

1. I received no court scheduling order that provided me with notice of the April 6, 2020 deadline and I was unaware of the deadline.
2. Furthermore, it was my understanding that due to the COVID-19 pandemic, all court cases were being delayed other than emergency matters.
3. I will file my brief on 5/1/2020 and ask the Court to allow the filing of this brief for the reasons set out above.

_____

LaDonna Humphrey