UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE:  LADONNA HUMPHREY, DEBTOR

DISTRICT COURT NUMBER:  5:20-cv-05048-PKH

BANKRUPTCY COURT NUMBER:  5:19-bk-72555

APPELLEE'S NOTICE OF STATUS UPDATE PER OPINION AND ORDER

Come now Absolute Pediatric Services, Inc. d/b/a Absolute Pediatric Therapy and for their notice of status update pursuant to the Court's Opinion and Order (Doc. 10) states:

1. In the Court's March 31, 2021, Opinion and Order (Doc. 10), the Court noted that Anthony Christopher's Medicaid fraud trial was set for May 25, 2021, in the Circuit Court of Pulaski County, Arkansas, Case No.: 60CR-20-2945.

2. In this Order, Appellees' counsel was directed to file notice of conviction, acquittal, or dismissal of Anthony Christopher's criminal charges within ten days of entry on the state court docket.

3. According to the docket, Mr. Christopher's criminal trial has been continued to March 8, 2022.

4. Appellees' counsel will continue to keep this Court apprised as directed by the Court's Opinion and Order.

2314531-v1

        /s/ Glenn S. Ritter
Charles T. Coleman (80030)
Glenn S. Ritter (2011146)
WRIGHT, LINDSEY & JENNINGS LLP
3333 Pinnacle Hills Parkway, Suite 510
Rogers, Arkansas 72758-8960
(479) 986-0888
FAX: (479) 986-8932
E-MAIL: gritter@wlj.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2021, a true and complete copy of the foregoing was filed with the Clerk of the Court via the CM/ECF filing system which will generate a Notice of Electronic Filing of the above pleading to all registered CM/ECF Filing Users in the above-captioned case, including Debtor and the U.S. Trustee. The foregoing has also been mailed to the following:

LaDonna Humphrey
11580 Farrar Road
Bentonville, AR 72713

        /s/ Glenn S. Ritter
Glenn S. Ritter

2314531-v1