IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LADONNA HUMPHREY**                                                                     **APPELLANT**

**v.**                          **NO. 5:20-CV-5048**

**ANTHONY CHRISTOPHER and**
**ABSOLUTE PEDIATRIC THERAPY**                             **APPELLEES**

**(In Re HUMPHREY, NO. 5:19-bk-72555)**

<u>**NOTICE OF APPEAL TO THE**
**UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT**</u>

Pursuant to Rule 4(a) and Rule 6(b) of the Federal Rules of Appellate Procedure, and 28 U.S.C. § 158(d)(1), Anthony Christopher and Absolute Pediatric Therapy hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Judgment of the District Court entered in this case on March 26, 2024, and from the Opinion and Order entered on March 26, 2024.

                                                 WRIGHT, LINDSEY & JENNINGS LLP
                                                 200 West Capitol Avenue, Suite 2300
                                                 Little Rock, Arkansas 72201-3699
                                                 (501) 371-0808
                                                 FAX: (501) 376-9442
                                                 E-MAIL:  ccoleman@wlj.com
                                                                    gritter@wlj.com
                                                                    tprice@wlj.com

                                                 By <u>/s/ Troy A. Price</u>
                                                       Charles T. Coleman (80030)
                                                       Glenn S. Ritter (2011147)
                                                       Troy A. Price (88010)
                                                       *Attorneys for Anthony Christopher and*
                                                       *Absolute Pediatric Therapy*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2024, a true and complete copy of the foregoing was filed with the Clerk of the Court via the CM/ECF filing system which will generate a Notice of Electronic Filing of the above pleading to all registered CM/ECF Filing Users in the above-captioned case, including Debtor and the U.S. Trustee. The foregoing has also been mailed to the following: LaDonna Humphrey 11580 Farrar Road Bentonville, AR 72713,

By /s/ Troy A. Price
Troy A. Price (88010)